**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-30267 |
| Plaintiff - Appellee, | D.C. No. 1:08-cr-00060-RFC |
| v. | |
| VICKI LYNN HEATER, | MEMORANDUM [*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Montana
Richard F. Cebull, Chief District Judge, Presiding

Submitted March 16, 2010 [**]

Before:    SCHROEDER, PREGERSON, and RAWLINSON, Circuit Judges.

Vicki Lynn Heater appeals from the 32-month sentence imposed following

her guilty-plea conviction for credit card fraud and aggravated identity theft, in

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

EOH/Research

violation of 18 U.S.C. §§ 1029(a)(2), and 1028A(a)(1), respectively. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Heater contends that the district court procedurally erred by failing to consider the mitigating circumstances presented and imposed a substantively unreasonable sentence. The record indicates that the district court considered Heater's arguments and the 18 U.S.C. § 3553(a) sentencing factors. *See Rita v. United States*, 551 U.S. 338, 356-59 (2007); *United States v. Carty*, 520 F.3d 984, 991-92, 995 (9th Cir. 2008) (en banc). Furthermore, in light of the totality of the circumstances, including the 18 U.S.C. § 3553(a) sentencing factors, the district court's sentence is substantively reasonable. *See Carty*, 520 F.3d at 993.

**AFFIRMED.**